CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
OCT 06 2014
JULIA C. DUDLEY, CLERK
BY: /s/ *illegible*
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | |
|---|---|
| JUDY A. LITTLE, <br>   Plaintiff, | Civil Action No. 2:08cv00007 |
| v. | **ORDER** |
| CAROLYN W. COLVIN, <br>  Commissioner of Social Security, <br>   Defendant. | By: JAMES P. JONES <br> UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report filed September 9, 2014, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. Attorney's fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $3,687.50; and

3. Plaintiff's counsel shall refund to Little the $1,625.00 previously awarded pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d).

ENTER: _October 6,_ 2014.

*/s/ James P. Jones*
United States District Judge